UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TIMOTHY JOHN LARISH,

    Plaintiff,

v.                                                    Case No. 2:05-cv-73
                                                    HON. ROBERT HOLMES BELL

CORRECTIONAL MEDICAL
SERVICES, INC., et al.,

    Defendants.
    _____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge (Docket #32) is approved and adopted as the opinion of the Court.

2.     Plaintiff's motion for a temporary restraining order (docket #2) is DENIED.


Date:   November 2, 2005                 /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  CHIEF UNITED STATES DISTRICT JUDGE